# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GEORGE S. WILLIAMS & LINDA J. WILLIAMS                     Case Number: 05-70401
        3811 - 16TH AVENUE                              SSN-xxx-xx-6141 & xxx-xx-3849
        ROCKFORD, IL  61108

                                                        Case filed on:      2/3/2005
                                                        Plan Confirmed on:  5/13/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,232.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | GEORGE S. WILLIAMS | 0.00 | 0.00 | 32.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 32.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 534.45 | 534.45 | 534.45 | 0.00 |
| 002 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 3,582.26 | 3,200.00 | 3,200.00 | 0.00 |
| 003 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,116.71 | 3,734.45 | 3,734.45 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 6,065.35 | 6,065.35 | 438.42 | 0.00 |
| 005 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,566.69 | 2,566.69 | 185.53 | 0.00 |
| 006 | AMOCO/BP OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BOYLAN CATHOLIC HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 824.36 | 824.36 | 59.59 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 3,670.74 | 3,670.74 | 265.33 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROGRESSIVE MANGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROGERS & HOLLANDS JEWELERS | 915.01 | 915.01 | 66.14 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 249.45 | 249.45 | 18.03 | 0.00 |
| 015 | NED E. ALMOND | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 292.59 | 292.59 | 21.15 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 389.38 | 389.38 | 28.14 | 0.00 |
| 018 | ILLINOIS DEPARTMENT OF HUMAN SERVICES | 7,787.65 | 7,787.65 | 562.91 | 0.00 |
|  | Total Unsecured | 22,761.22 | 22,761.22 | 1,645.24 | 0.00 |
|  | Grand Total: | 28,241.93 | 27,859.67 | 6,775.69 | 0.00 |

Total Paid Claimant:      $6,775.69
Trustee Allowance:        $456.31           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      7.23           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan